1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN G. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant Gonzalez-Cardenas
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-09-0146 MHP
                                       )
12                    Plaintiff,       )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING SENTENCING
13  vs.                                )   HEARING
                                       )
14  ARMANDO GONZALEZ-CARDENAS,         )   **Current Sentencing Date: April 20, 2009**
                                       )   Time:        9:00 a.m.
15                    Defendant.       )   Judge:       Hon. Marilyn Hall Patel
    _____)
16                                         **Proposed Sentencing Date: May 11, 2009**
                                           Time:        9:00 a.m.
17                                         Judge:       Hon. Marilyn Hall Patel

18

19         The above-captioned case is currently scheduled for sentencing on Monday, April

20  20, 2009 at 9:00 a.m. Undersigned counsel for Mr. Gonzalez-Cardenas respectfully

21  requests that the Court reschedule the sentencing date to May 11, 2009 at 9:00 a.m.

    Counsel is scheduled to try the case of *United States v. Donehue*, CR-07-0380 SI before
22
    Judge Susan Illston beginning on April 13, 2009. Although initially scheduled for one
23
    week, the Government stated at the pre-trial conference on March 31, 2009 and in its
24
    pretrial filings, that it anticipates that the trial will take seven court days, up to and
25
    including April 22, 2009. Undersigned counsel for Mr. Gonzalez-Cardenas has a conflict
26

1    with April 27, 2009, and the Court is not available for another sentencing on May 4,

2    2009.  Accordingly, the parties and probation officer jointly request that the sentencing be

3    re-scheduled for May 11, 2009.

4            This request is made in conformity with Criminal Local Rule 32-2(a).  As of this

5    date, the probation officer has not yet filed the presentence report.  *See* Crim. L.R. 32-

6    2(a).  Counsel represents that good cause for the change has been established as set forth

7    above.  *See id.* (a)(1).  Counsel for Mr. Gonzalez-Cardenas has conferred with counsel for

8    the Government and the probation officer, both of whom have confirmed their availability

9    on the proposed date.  *See id.* (a)(2).  On April 8, 2009, counsel for Mr. Gonzalez-

10   Cardenas conferred with the Courtroom Deputy Clerk and confirmed the Court's

11   availability.  *See id.* (a)(3).  A proposed order is attached below.  *See id.* (a)(4).

12           Counsel for Mr. Gonzalez-Cardenas respectfully requests that the date for

13   sentencing in this case be continued until Monday, May 11, 2009 at 9:00 a.m.

14

15   IT IS SO STIPULATED.

16

17    April 8, 2009                                           */s/*

18   DATED                                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
19                                           Northern District of California
                                             CYNTHIA FREY
20                                           Assistant United States Attorney

21
      April 8, 2009                                           */s/*
22
     DATED                                    LOREN STEWART
23                                           Assistant Federal Public Defender
                                             Attorney for Armando Gonzalez-Cardenas
24

25

26
     STIPULATION AND [PROPOSED] ORDER
     CONTINUING SENTENCING
     CR 09-0146 MHP                          2

1       For good cause shown and in accordance with Criminal Local Rule 32-2(a), the

2   sentencing now scheduled for Monday, April 20, 2009 is vacated.  The matter shall be

3   added to the Court's calendar on Monday, May 11, 2009 at 9:00 a.m. for sentencing.

4

5   IT IS SO ORDERED.

6

7

8    4/10/2009
    _____
9   DATED

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING
CR 09-0146 MHP                           3